## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Rodriguez, Everardo

Printed: 4/8/08

Case Number: 07 B 17157
Judge: Wedoff, Eugene R
Filed: 9/20/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: February 21, 2008
Confirmed: November 8, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,500.00 |  |
| Secured: |  | 1,419.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 81.00 |
| Other Funds: |  | 0.00 |
| Totals: | 1,500.00 | 1,500.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Thav & Ryke PLLC | Administrative | 2,960.00 | 0.00 |
| 2. | LaSalle Bank NA | Secured | 6,017.78 | 1,419.00 |
| 3. | LaSalle Bank NA | Secured | 14,896.28 | 0.00 |
| 4. | Crescent Recovery | Unsecured | 101.68 | 0.00 |
| 5. | Portfolio Recovery Associates | Unsecured | 441.70 | 0.00 |
| 6. | Nicor Gas | Unsecured | 788.15 | 0.00 |
| 7. | United Collection Bureau Inc | Unsecured | 327.73 | 0.00 |
| 8. | Mechants & Professional Credit Bureau | Unsecured | | No Claim Filed |
| 9. | Merchant Credit Guide | Unsecured | | No Claim Filed |
| 10. | Account Recovery Service | Unsecured | | No Claim Filed |
| | | | $ 25,533.32 | $ 1,419.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 81.00 |
| | $ 81.00 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Rodriguez, Everardo

Printed:  4/8/08

Case Number:  07 B 17157

Judge:  Wedoff, Eugene R

Filed:  9/20/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

